# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138373

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CLIFFORD MCCORMACK,
     Defendant-Appellant.

SC: 138373
COA: 288501
Baraga CC: 05-000910-FH

_____/

     On order of the Court, the application for leave to appeal the January 9, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

s0831